# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Darren J. Weiss,**

       *Plaintiff,*

v.

**Case No. 3:17-cv-059**
**Judge Thomas M. Rose**

**Nancy A. Berryhill, Acting Commissioner of Social Security,**

       *Defendant.*

---

**DECISION AND ENTRY GRANTING JOINT MOTION FOR REMAND** (DOC. 11) **AND TERMINATING CASE.**

---

Pending before the Court is Plaintiff Darren J. Weiss and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security's Joint Motion for Remand. (Doc. 11). Pursuant to the fourth sentence of 42 U.S.C. § 405(g) and enter judgment pursuant to Federal Rule of Civil Procedure 58, the Court **ORDERS** the instant case **REMANDED**. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine anew whether Plaintiff is disabled within the meaning of the Social Security Act.

The Court **ORDERS** the Clerk to terminate the instant case from the docket of the United States District Court, Western Division at Dayton.

**DONE** and **ORDERED** this Tuesday, August 15, 2017.

                                                                             s/Thomas M. Rose
                                                   _____
                                                          THOMAS M. ROSE
                                           UNITED STATES DISTRICT JUDGE